■

**COM.**

v.

**PINCKNEY, T.**

**3631 EDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–51–CR–0802161–1995 (Philadelphia)

Affirmed

■

**COM.**

v.

**COXRY, E.**

**3810 EDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–15–CR–0001939–2009
(Chester)

Affirmed

■

**COM.**

v.

**PALUMBO, B.**

**141 EDA 2017**

Superior Court of Pennsylvania.

08/17/2017
Reargument Denied 10/6/2017

CP–48–CR–0003180–2015   (Northampton)

Affirmed

■

**D.P.L.**

v.

**V.I.R.**

**207 EDA 2017**

Superior Court of Pennsylvania.

08/17/2017

C–48–CV–2016–05812
(Northampton)

Affirmed

